UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOYCE AUMA OMBESE ABUR, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**REPUBLIC OF SUDAN, et al.,**<br><br>Defendants. | Civil Action No. 02-1188 (JDB) |

### ORDER

Upon consideration of [59] plaintiffs' motion for an order of default, plaintiffs' memorandum regarding the sufficiency of service of process, plaintiffs' memorandum on jurisdiction, and the entire record, and for the reasons stated in the memorandum opinion issued on this date, it is this 10th day of July, 2006, hereby

**ORDERED** that the motion for an order of default is **GRANTED**; it is further

**ORDERED** that the Clerk of the Court shall enter defaults against defendants the Republic of Sudan and the Islamic Republic of Iran, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; it is further

**ORDERED** that the claims against Sudan and Iran by the 112 Kenyan-citizen plaintiffs are **DISMISSED** for want of subject-matter jurisdiction; it is further

**ORDERED** that this order is certified for immediate interlocutory appeal, pursuant to 28 U.S.C. § 1292(b); and it is further

**ORDERED** that all proceedings in this action with respect to the remaining claims[1] are

**STAYED** pending resolution of any appeal of this order.

                                      /s/ John D. Bates
                                      JOHN D. BATES
                                  United States District Judge

Copies to:

John Arthur Eaves, Jr.
EAVES LAW FIRM
101 North State Street
Jackson, MS  39201-2811
Email: johnjr@eaveslaw.com

Steven R. Perles
PERLES LAW FIRM, P.C.
1146 19th Street, NW, 5th Floor
Washington, DC  20036
Email: sperles@perleslaw.com

James Roger Franks, Jr.
William R. Wheeler, Jr.
WHEELER & FRANKS
P.O. Box 681
Tupelo, MS  38802

    *Counsel for plaintiffs*

---

[1] The remaining claims are:  (1) the claims by the two U.S.-citizen plaintiffs -- Gerald Bochart and Trusha Patel -- against defendants Sudan, Iran, Wadih el Hage, Khalfan Khamis Mohamed, Mohamed Sadeek Odeh, and Mohamed Rashed Daoud Al-'Owhali, and (2) the claims by the 112 Kenyan-citizen plaintiffs against defendant el Hage.